DAVID A. HUBBERT
Deputy Assistant Attorney General

HERBERT W. LINDER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 310
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 598-6193
Email: herbert.w.linder@usdoj.gov


Of Counsel:
SUMMER A. JOHNSON
Chief, Asset Recovery Unit
United States Attorney's Office
District of Nevada

Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v )<br><br>ADAM SACHS, )<br>PROCLOAK SERIES II, LLC., )<br>WELLS FARGO BANK, NA., )<br>PHH MORTGAGE CORPORATION, )<br>THE BANK OF NEW YORK, as )<br>successor Trustee of )<br>CSFB HOME EQUITY MORTGAGE )<br>TRUST SERIES 2004-1, and )<br>REPUBLIC SILVER STATE DISPOSAL, INC.,)<br><br>Defendants. )<br>_____ ) | Case  No.  2:23-cv-1966-APG-BNW<br><br><br>AGREED STIPULATIONS BETWEEN UNITED STATES AND ADAM SACHS AND PROCLOAK SERIES II, LLC |

## STIPULATION BETWEEN THE UNITED STATES AND
## DEFENDANTS ADAM SACHS AND PROCLOAK SERIES, II., LLC

The United States and defendants Adam Sachs, and Procloak Series, II., LLC, ("Procloak"), stipulate to the following:

1.      Defendant Adam Sachs owes outstanding federal income tax liabilities for the 2005, 2006, 2007, 2010, 2011, and 2012 tax years.

2.      Defendant Adam Sachs does not contest the judgment entered on July 29, 2020 by the United States District Court for the Southern District of Florida, Case No. 5:20-cv-0073, against Sachs in favor of the United States for his federal income tax liabilities for the 2005, 2006, 2007, 2010, 2011, and 2012 tax years in the aggregate amount of $3,410,614.94 as of February 21, 2020, plus statutory additions and prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. §§ 6601 and 6621 as adopted by 28 U.S.C. § 1961(c) until paid.

3.      The United States has valid and subsisting federal tax liens under in 26 U.S.C. §§ 6321 and 6322 for Adam Sachs' federal income tax liabilities for the 2005, 2006, 2007, 2010, 2011, and 2012 tax years that are attached to the following three parcels of real property with the addresses and legal descriptions as follows:

3.a.  Property one is located at 3090 Cooper Creek Drive, Henderson, Clark County, NV 89704, ("Cooper Creek Property") more fully described as follows:

> Lot 70 in Block 5 of Vistara at Pebble Canyon, as shown by map thereof on file in Book 49 of Plats,  Page 94 in the Office of the County Recorder of Clark County, Nevada.

3.b.  Property two is located at 101 East Van Wagenen Street, Henderson, Clark County, NV 89704, (hereinafter "East Van Wagenen Property") more fully described as follows:

> Lot 1 of TROPICANA SQUARE, as shown by map thereof on file in Book 15 of Plats, Page 79 in the Office of the County Recorder of Clark County, Nevada.

> EXCEPT all minerals and all mineral rights which may be located upon or under the real property hereinabove described as reserved by Reconstruction Finance Corporation in deed recorded September 9, 1949. as Document No. 321823, Clark

County, Nevada, records which deed reserves the right to enter upon, prospect for, mine and remove such minerals.

3.c.   Property three is located at 309 Rosegate Street, Henderson, Clark County, Nevada, (hereinafter "309 Rosegate Property"), more fully described as follows:

Lot Twelve (12) in Block One (1) of GREEN VALLEY RANCH - PARCEL 42, as shown by map thereof on file in Book 75 of Plats, Page 39, and amended by Certificates of Amendment recorded September 3, 1996, in  Book 960903 as Document No. 00965 and March 12, 1999, in Book 990312 as Document No. 01256, of Official Records, in the Office of the County Recorder of Clark County, Nevada.

3.d.   Collectively,  properties one, two and three described above will be referred to as the "Subject Properties."

4.     The transfers of the Subject Properties from Adam Sachs to Procloak were made subject the United States' statutory federal tax liens for the 2005-2007 and 2010 tax years and the United States has valid tax liens on these properties.

5.     The transfers of the Subject Properties from Adam Sachs to Procloak were constructively fraudulent transfers  for 2005, 2006, 2007, 2010, 2011, and 2012 tax liabilities (no determination is made as to whether they were also actually fraudulent).

6.     Adam Sachs is the true, equitable and beneficial owner of the Subject Properties. The United States' abstract of the July 29, 2020, judgment entered against Adam Sachs in favor of the United States filed on November 10, 2020, with the County Clerk of Clark County, Nevada, is attached to the Subject Properties.

7.     The United States is entitled to enforce the federal tax liens against the Subject Properties.

8.     Defendants Adam Sachs and Procloak consent to the immediate appointment of a receiver and sale of the Subject Properties.

9.     The Subject Properties will then be sold unopposed through a court appointed receiver

under 26 U.S.C. §§ 7402 and 7403 or pursuant to 28 U.S.C. §§ 2001 et. seq., or through IRS's PALS, (Property Appraisal and Liquidation Specialist, or "PALS") at the United States' discretion.

10.     The Subject Properties shall be sold free and clear of all rights, titles, or interests of the parties, including any rights of redemption, with the proceeds of the sale distributed upon separate motions and orders from the court as to each property.

11.     The net proceeds of the sales of the Subject Properties paid to the United States shall be applied to Adam Sachs' outstanding federal income tax liabilities for the 2005, 2006, 2007, 2010, 2011, and 2012 tax years.

12.     Adam Sachs and Procloak are not entitled to any sales proceeds from the Subject Properties.

13.     All rents from the Subject Properties shall be paid directly to the United States from the date of this stipulation until the Subject Properties are sold.  To the extent necessary, Adam Sachs and Procloak shall not oppose and consent to issuing Writs of Garnishment for the rent from the Subject Properties.  Any amounts or rents received by the United States from the Subject Properties shall be applied to Adam Sachs' outstanding federal income tax liabilities for the 2005, 2006, 2007, 2010, 2011, and 2012 tax years.  To the extent the Subject Properties are leased or rented, Sachs will provide the United States with copies of all current leases.

14.     Nothing in this agreement shall affect or alter the IRS' right to setoff as set forth in 26 U.S.C. §§ 6401 and 6402 et seq., nor to the United States' rights to collect the tax liabilities at issue in any other manner.   Nothing in this agreement shall affect or alter the IRS's rights as it relates to any other tax liabilities.

15.     The Court shall retain jurisdiction to accomplish the sales of the Subject Properties and

distribution of sales proceeds.

16.     Each party will bear its respective costs, including attorneys' fees.


DAVID A. HUBBERT
Deputy Assistant Attorney General

  /s/ Herbert W. Linder
HERBERT W. LINDER
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood St., Suite 400
Dallas, Texas 75201
Phone: (214) 880-9754
Fax: (214) 880-9741
herbert.w.linder@usdoj.gov
Attorneys for the United States
ATTORNEYS FOR UNITED STATES



/s/ Shawn R. Perez, Esq.
SHAWN R. PEREZ, ESQ. (N
7121 West Craig Rd.,   #113-38
Las Vegas, NV 89129
(702) 485-3977
(949) 632-9752
shawn711@msn.com
ATTORNEY for ADAM SACHS & PROCLOAK SERIES II, LLC.



IT IS SO ORDERED:

Dated: __February 27, 2024__


_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE