DAVID A. HUBBERT
Deputy Assistant Attorney General

HERBERT W. LINDER
Ohio Bar No. 0065446
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 310
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 598-6193
Email: herbert.w.linder@usdoj.gov

Of Counsel:
SUMMER A. JOHNSON
Chief, Asset Recovery Unit
United States Attorney's Office
District of Nevada

Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v | ) | Case No. 2:23-cv-1966 |
| | ) | |
| ADAM SACHS, | ) | |
| PROCLOAK SERIES II, LLC., | ) | |
| WELLS FARGO BANK, NA., | ) | |
| PHH MORTGAGE CORPORATION, | ) | UNOPPOSED MOTION TO APPOINT |
| THE BANK OF NEW YORK, as | ) | RECEIVER TO SELL THE |
| successor Trustee of | ) | ROSEGATE AND COOPER CREEK |
| CSFB HOME EQUITY MORTGAGE | ) | PROPERTIES |
| TRUST SERIES 2004-1, and | ) | |
| REPUBLIC SILVER STATE DISPOSAL, INC.,) | | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## UNITED STATES' UNOPPOSED MOTION TO APPOINT RECEIVER TO SELL THE ROSEGATE AND COOPER CREEK PROPERTIES

The United States moves this Court for an order appointing a receiver to sell the real property located at 309 Rosegate, Henderson, Nevada 89052 ("Rosegate Property") and 3090 Cooper Creek Dr., Henderson, Nevada 89074 ("Cooper Creek Property"), and states as follows:

1.      The United States moves for the Appointment of Patty Turner as Receiver, to take control of, and have access to, the Rosegate Property and Cooper Creek Property to prepare, market and sell these properties.

2.      On February 27, 2024, the Court entered the stipulation between the United States and defendants Adams Sachs ("Sachs") and Procloak Series, II, LLC ("Procloak"). *See ECF #24.* The Stipulation provided that the Rosegate Property and Cooper Creek Property would be sold through the court-appointed receiver or by IRS PALS (Property Appraisal and Liquidating Specialist) under 26 U.S.C. §§ 7402 and 7403.  *See ECF #24.*

3.      On July 29, 2020, the United States District Court for the Southern District of Florida, Case No. 5:20-cv-0073, entered a judgment against Sachs in favor of the United States for his federal income tax liabilities for the 2005, 2006, 2007, 2010, 2011, and 2012 tax years in the aggregate amount of $3,410,614.94 as of February 21, 2020, plus statutory additions and prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. §§ 6601 and 6621 as adopted by 28 U.S.C. § 1961(c) until paid.  *See ECF #24.*  Sachs does not contest this judgment.

4.      Pursuant to 26 U.S.C. § 6321, a federal tax lien is automatically created by operation of law without the necessity of litigation and the United States can foreclose its lien pursuant to 26 U.S.C. § 7403.  Sachs and Procloak stipulated that the federal tax liens for 2005, 2006, 2007, 2010, 2011 and 2012 tax years attach to the Rosegate and Cooper Creek Properties. ECF#24.  The United States has valid and subsisting federal tax liens under in 26 U.S.C. §§ 6321

and 6322 for Adam Sachs' federal income tax liabilities for the 2005, 2006, 2007, 2010, 2011, and 2012 tax years that are attached to the Rosegate Property and Cooper Creek Property.

5.      The transfers of the Rosegate and Cooper Creek Properties from Sachs to Procloak were made subject the United States' statutory federal tax liens for the 2005-2007 and 2010 tax years and the United States has valid tax liens on these properties.  See ECF #24.

6.      Sachs is the true, equitable and beneficial owner of the Rosegate Property and Cooper Creek Property. *See ECF #24.*

7.      Accordingly, the United States is also entitled to foreclose its federal tax liens, through a receiver under 26 U.S.C. §§ 7402 and 7403 upon the Rosegate Property which is fully described as follows:

> Lot Twelve (12) in Block One (1) of GREEN VALLEY RANCH - PARCEL 42, as shown by map thereof on file in Book 75 of Plats, Page 39, and amended by Certificates of Amendment recorded September 3, 1996, in  Book 960903 as Document No. 00965 and March 12, 1999, in Book 990312 as Document No. 01256, of Official Records, in the Office of the County Recorder of Clark County, Nevada.

8.      The United States is also entitled to foreclose its federal tax liens, through a receiver under 26 U.S.C. §§ 7402 and 7403 upon the Cooper Creek Property which is fully described as follows:

> Lot 70 in Block 5 of Vistara at Pebble Canyon, as shown by map thereof on file in Book 49 of Plats,  Page 94 in the Office of the County Recorder of Clark County, Nevada.

9.      26 U.S.C. § 7402(a) provides that the Court has the power to issue "orders appointing Receivers, and such other orders and processes . . . as may be necessary or appropriate for the enforcement of the internal revenue laws."   26 U.S.C. § 7403(d) provides that in any lien enforcement proceeding, at the request of the United States, the court may appoint a receiver to enforce the lien.  The sale of the Rosegate Property and Cooper Creek Property by a local real estate agent acting as a Receiver is likely to yield a higher sales price and larger net

proceeds than would an auction sale by the United States Marshal pursuant to 26 U.S.C. § 2001, or a state foreclosure sale.

10. Defendants Sachs and Procloak consented to the appointment of a receiver and sale of the Rosegate Property and Cooper Creek Property. *See ECF #24.* Sachs and Procloak have proposed and requested that local real estate agent Patty Turner be appointed as receiver to sell the Rosegate and Cooper Creek properties.

11. The undersigned counsel for the United States has discussed the possibility of an appointment as a Receiver to take control of, and to arrange for the sale of the Rosegate Property and Cooper Creek Property with **Patty Turner,** whose address is at 2225 Village Walk Dr., Suite 200, Henderson, Nevada 89052. Ms. Turner has indicated that she would be willing to accept the appointment on the terms set forth in the proposed Order Appointing Receiver that is associated with this motion.

11a. Patty Turner is a licensed real estate agent in the State of Nevada. Ms. Turner's Nevada real estate license is current. She has over 30 years of experience as a real estate agent in the Clark County Nevada area, including Henderson, Nevada. Ms. Turner is familiar with the areas where the Rosegate Property and Cooper Creek Property are located.

11b. Ms. Turner has stated that she is not related to the parties in this case nor to anyone in the United States Department of Justice Tax Division or the United States Attorneys Office for the District of Nevada. The commission to be paid to Ms. Turner is a standard real estate commission. No part of the receiver's commission will be paid or kicked back to any party or counsel in this suit.

11c. For the reasons set forth in paragraphs 11a., and 11b., above, the United States recommends the appointment of Patty Turner as Receiver.

12.     The sales proceeds from the properties after payment of costs and taxes will be distributed upon further order of the court in accordance with the rights of the parties including the signed stipulations entered in this case,  *see* ECF ## 24, 30, and 31 and items set forth in the proposed Order submitted with this motion.

13.     Sachs and Procloak are not opposed to the relief sought in the motion as indicated by their counsel's signature on this motion.  Defendants PHH Mortgage and Wells Fargo have entered into stipulations with respect to their lien priorities on the Rosegate and Cooper Creek properties and limiting their participation in this case.  *See ECF #30 and 31, respectively.* Further, defendants Wells Fargo and PHH Mortgage have stated that they are not opposed to the relief sought by this motion.

WHEREFORE, the plaintiff, the United States of America, requests an order of this Court appointing Patty Turner as Receiver, to take control of, and to arrange for the sale of, the Rosegate Property and Cooper Creek Property, in the form associated with this motion.

DAVID A. HUBBERT
Deputy Assistant Attorney General

 /s/ Herbert W. Linder
HERBERT W. LINDER
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood St., Suite 400
Dallas, Texas 75201
Phone: (202) 598-6193
Fax: (214) 880-9741
 herbert.w.linder@usdoj.gov
Attorneys for the United States
ATTORNEYS FOR UNITED STATES

1

2

Unopposed to relief by the motion:

3

/s/ Shawn R. Perez, Esq.
SHAWN R. PEREZ, ESQ. (N

4

7121 West Craig Rd.,   #113-38
Las Vegas, NV 89129

5

(702) 485-3977

6

(949) 632-9752
shawn711@msn.com

7

ATTORNEY for ADAM SACHS & PROCLOAK SERIES II, LLC.

8

9

10

11

"IT IS SO ORDERED:

12

13

_____
UNITED STATES DISTRICT JUDGE

14

DATED: March 19, 2024     "

15

16

17

18

19

20

21

22

23