DAVID A. HUBBERT
Deputy Assistant Attorney General

HERBERT W. LINDER
Ohio Bar No. 0065446
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 310
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-6193
Email: herbert.w.linder@usdoj.gov

Of Counsel:
SUMMER A. JOHNSON
Chief, Asset Recovery Unit
United States Attorney's Office
District of Nevada

Attorneys for the United States

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v  )<br>  )<br>ADAM SACHS,  )<br>PROCLOAK SERIES II, LLC.,  )<br>WELLS FARGO BANK, NA.,  )<br>PHH MORTGAGE CORPORATION,  )<br>THE BANK OF NEW YORK , as  )<br>successor Trustee of  )<br>CSFB HOME EQUITY MORTGAGE  )<br>TRUST SERIES 2004-1, and  )<br>REPUBLIC SILVER STATE DISPOSAL, INC.,)<br>  )<br>    Defendants                   ) | Case No. 2:23-cv-1966-APG-BNW<br><br><br><br><br><br>ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION TO CONFIRM THE SALE OF THE 3090 COOPER CREEK PROPERTY |

**ORDER CONFIRMING THE JUDICIAL SALE OF THE**
**<u>3090 COOPER CREEK PROPERTY</u>**

The United State having requested an order of this Court confirming the sale of the real property located at 3090 Cooper Creek Dr., Henderson, Nevada 89074 ("Cooper Creek Property"), and good cause having been found, it is therefore:

ORDERED THAT the sale of the Cooper Creek Property, fully described as follows:

> Lot 70 in Block 5 of Vistara at Pebble Canyon, as shown by map thereof on file in Book 49 of Plats, Page 94 in the Office of the County Recorder of Clark County, Nevada.

for the sum of $447,500 is hereby confirmed, and upon the payment of $447,500 (less any amounts held in escrow) within thirty-five days of the entry of this order, Receiver, Patty Turner, is authorized and directed to issue a Receiver's Deed for the Cooper Creek Property to Jipan Xie and Lawrence Polung Lai in the form attached hereto.

Upon full payment the Cooper Creek Property, as previously fully described above, is transferred free and clear of any liens, mortgages, deed of trusts, judgments, rights, titles, claims, or interests of any of the parties to this action. The proceeds of the sale shall be distributed in accordance with a future order of this Court.

"IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 3, 2024