DAVID A. HUBBERT
Deputy Assistant Attorney General

HERBERT W. LINDER
Ohio Bar No. 0065446
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 310
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-6193
Email: herbert.w.linder@usdoj.gov


Of Counsel:
SUMMER A. JOHNSON
Chief, Asset Recovery Unit
United States Attorney's Office
District of Nevada

Attorneys for the United States

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v<br><br>ADAM SACHS,<br>PROCLOAK SERIES II, LLC.,<br>WELLS FARGO BANK, NA.,<br>PHH MORTGAGE CORPORATION,<br>THE BANK OF NEW YORK, as successor Trustee of<br>CSFB HOME EQUITY MORTGAGE TRUST SERIES 2004-1, and<br>REPUBLIC SILVER STATE DISPOSAL, INC.,<br><br>   Defendants | Case No. 2:23-cv-1966-APG-BNW<br><br>ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION TO DISTRIBUTE THE SALE PROCEEDS FROM 3090 COOPER CREEK PROPERTY |

**ORDER TO DISTRIBUTE THE SALE PROCEEDS FROM THE
<u>3090 COOPER CREEK PROPERTY</u>**

The United State having requested an order of this Court to distribute the sales proceeds from the real property located at 3090 Cooper Creek Dr., Henderson, Nevada 89074 ("Cooper Creek Property"), and good cause having been found, it is therefore:

ORDERED THAT the proceeds from the sale of the Cooper Creek Property, shall be distributed as follows:

    A.    $26,850 to and for Receiver's commission paid as follows;
            i)    $13,425 to Patty Turner
            ii)   $13,425 to Lawernce Lin

    B.    $870 in expenses to Receiver Patty Turner;

    C.    $2,623 to CT District LLC dba District Clear Title for escrow fees, title insurance, and closing fees;

    D.    $687.03 for Homeowners Association Transfer fees paid as follows:

        i)  $392.03 to Pebble Creek Homeowners

        ii)  $295 to Colonial Property Management

    E.    $2,282.25 to Clark County Recording Office for transfer tax;

    F.    $117,944.73 to Wells Fargo Home Mortgage;

    G.    $750 to Old Republic Home Protection Co., for home warranty;

    H.    $45.00 Republic Services for trash demand fee; and

I. The remaining $285,967.95 of the sales proceeds should be distributed to the United States for the application to the unpaid tax liabilities and judgment of Adam Sachs. Make check payable to the "Department of Justice" and mail to:

> U.S. Department of Justice – Tax Division
> Attn: Post-Litigation Unit
> P.O. Box 310
> Washington, DC 20044

"IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 19, 2024    "