DAVID A. HUBBERT
Deputy Assistant Attorney General

HERBERT W. LINDER
Ohio Bar No. 0065446
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 310
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 598-6193
Email: herbert.w.linder@usdoj.gov


Of Counsel:
SUMMER A. JOHNSON
Chief, Asset Recovery Unit
United States Attorney's Office
District of Nevada

Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:23-cv-1966-APG-BNW |
| v ) | |
| ) | |
| ADAM SACHS, ) | |
| PROCLOAK SERIES II, LLC., ) | |
| WELLS FARGO BANK, NA., ) | |
| PHH MORTGAGE CORPORATION, ) | ORDER GRANTING THE UNITED |
| THE BANK OF NEW YORK MELLON, ) | STATES' UNOPPOSED MOTION TO |
| fka THE BANK OF NEW YORK ) | CONFIRM THE SALE OF THE 309 |
| as successor Trustee of ) | ROSEGATE PROPERTY |
| CSFB HOME EQUITY MORTGAGE ) | |
| TRUST SERIES 2004-1, and ) | |
| REPUBLIC SILVER STATE DISPOSAL, INC.,) | |
| ) | |
| _____Defendants_____ ) | |

### ORDER CONFIRMING THE JUDICIAL SALE OF THE
### 309 ROSEGATE PROPERTY

The United State having requested an order of this Court confirming the sale of the real property located at 309 Rosegate Avenue, Henderson, Nevada 89052 ("Rosegate Property"), and good cause having been found, it is therefore:

ORDERED THAT the sale of the Rosegate Property, fully described as follows:

> Lot Twelve (12) in Block One (1) of GREEN VALLEY RANCH - PARCEL 42, as shown by map thereof on file in Book 75 of Plats, Page 39, and amended by Certificates of Amendment recorded September 3, 1996, in Book 960903 as Document No. 00965 and March 12, 1999, in Book 990312 as Document No. 01256, of Official Records, in the Office of the County Recorder of Clark County, Nevada.

for the sum of $1,467,500 is hereby confirmed, and upon the payment of $1,467,500 to escrow (less any amounts held in escrow) within thirty days of the entry of this order, Receiver, Patty Turner, is authorized and directed to issue a Receiver's Deed for the Rosegate Property to the DeSimone Family Trust u/a/d 3/18/04 in the form attached hereto.

Upon full payment the Rosegate Property, as previously fully described above, is transferred free and clear of any liens, mortgages, deed of trusts, judgments, rights, titles, claims, or interests of any of the parties to this action. The proceeds of the sale shall be distributed in accordance with a future order of this Court.

"IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 29, 2024"