DAVID A. HUBBERT
Deputy Assistant Attorney General

HERBERT W. LINDER
Ohio Bar No. 0065446
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 310
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-6193
Email: herbert.w.linder@usdoj.gov

Of Counsel:
SUMMER A. JOHNSON
Chief, Asset Recovery Unit
United States Attorney's Office
District of Nevada

Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:23-cv-1966-APG-BNW |
| v ) | |
| ) | |
| ADAM SACHS, ) | |
| PROCLOAK SERIES II, LLC., ) | |
| WELLS FARGO BANK, NA., ) | |
| PHH MORTGAGE CORPORATION, ) | ORDER GRANTING THE UNITED |
| THE BANK OF NEW YORK, as ) | STATES' UNOPPOSED MOTION TO |
| successor Trustee of ) | DISTRIBUTE THE SALE PROCEEDS |
| CSFB HOME EQUITY MORTGAGE ) | FROM 309 ROSEGATE PROPERTY |
| TRUST SERIES 2004-1, and ) | |
| REPUBLIC SILVER STATE DISPOSAL, INC.,) | |
| ) | |
| Defendants ) | |

**ORDER TO DISTRIBUTE THE SALE PROCEEDS FROM THE**
**309 ROSEGATE PROPERTY**

The United State having requested an order of this Court to distribute the sales proceeds from the real property located at 309 Rosegate Avenue, Henderson, Nevada 89074 ("Rosegate Property"), and good cause having been found, it is therefore:

ORDERED THAT the proceeds from the sale of the Rosegate Property, shall be distributed as follows:

    A.    $88,050 to and for Receiver's commission paid as follows;
            i)    $44,025 to Patty Turner
            ii)    $44,025 to Visionary Custom Realty, Ltd.;

    B.    $6,122.87 in expenses to Receiver Patty Turner;

    C.    $6104.25 to CT District LLC dba District Clear Title for escrow fees, title insurance, and closing fees;

    D.    $3,717.38 for Homeowners Association Transfer fees, set up fees and past due HOA fees paid as follows:

        i)  $2,015 to the Estates at Green Valley Ranch Owners Assoc.;

        ii)  $961.07 to Green Valley Ranch Community Assoc.;

        iii)  $371.31 to Terra West Management Services;

        iv)  $370 to Real Properties Management Group, Inc.,

    E.    $7,484.25 to Clark County Recording Office for transfer tax;

    F.    $738,558.81 to PHH Mortgage;

    G.    $2,560.24 to Clark County Treasurer for property taxes;

    H.    $103.38 Republic Services for trash demand fee

    I.    $301.17 Sewer to City of Henderson Utilities Services; and

J. The remaining $613,775.45 of the sales proceeds should be distributed to the United States for the application to the unpaid tax liabilities and judgment of Adam Sachs. Make check payable to the "Department of Justice" and mail to:

> U.S. Department of Justice – Tax Division
> Attn: Post-Litigation Unit
> P.O. Box 310
> Washington, DC 20044

"IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 12, 2024  "

-3-