# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>PROCLOAK SERIES II, LLC, et al.,<br><br>    Defendants | Case No.: 2:23-cv-01966-APG-BNW<br><br>**Order for Status Report** |

Pursuant to the scheduling order, the proposed joint pretrial order is overdue. ECF No. 28. It is unclear what, if anything, remains of this case.

I THEREFORE ORDER that by December 20, 2024, the parties must file a status report regarding what remains, if anything, in this case and how the parties propose to proceed.

DATED this 4th day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE