# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:23-cv-01966-APG-BNW |
|---|---|
| Plaintiff | **Order Administratively Closing Case** |
| v. | |
| ADAM SACHS, et al., | |
| Defendants | |

As requested by the parties in their joint status report (ECF No. 57),

I ORDER that this case is administratively closed, without prejudice to any party moving to reopen should circumstances change regarding the East Van Wagenen Property.

DATED this 16th day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE